IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DENNIS L. HACKBART and
RUSSELL JAY GOULD,

                                                              ORDER

                    Plaintiffs,

                                                              12-cv-514-slc[1]

   v.

WORLD SAVINGS BANK,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiffs Dennis Hackbart and Russell Gould filed this lawsuit and paid the $350 filing fee. Although plaintiffs appear to be complaining about defendants' efforts to foreclose a mortgage on Hackbart's property, the complaint is incomprehensible. No factual allegations can be gleaned from plaintiffs' writing, let alone any potential federal or state law claims.

      A district court must dismiss a complaint for lack of subject matter jurisdiction where the claims are "so insubstantial, implausible, foreclosed by prior decisions of [the United States Supreme Court], or otherwise completely devoid of merit as not to involve a federal controversy." Steel Company v. Citizens for a Better Environment, 523 U.S. 83, 89 (1998)(citing Oneida Indian Nation of N.Y. v. County of Oneida, 414 U.S. 661, 666

---

[1] I am exercising jurisdiction over this case for the purpose of this order.

1

(1974)). Because I cannot make out any facts or legal claims from the complaint, I conclude that this case should be dismissed on the court's own motion for lack of subject matter jurisdiction.

## ORDER

IT IS ORDERED that this case is DISMISSED with prejudice for lack of subject matter jurisdiction.

Entered this 10th day of October, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge