IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DENNIS L. HACKBART and
RUSSELL JAY GOULD,

                              Plaintiffs,

    v.

WORLD SAVINGS BANK,

                              Defendant.

ORDER

12-cv-514-slc[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiffs Dennis Hackbart and Russell Gould filed this lawsuit and paid the $350 filing fee. Although plaintiffs appear to be complaining about defendants' efforts to foreclose a mortgage on Hackbart's property, the complaint is incomprehensible. No factual allegations can be gleaned from plaintiffs' writing, let alone any potential federal or state law claims.

      A district court must dismiss a complaint for lack of subject matter jurisdiction where the claims are "so insubstantial, implausible, foreclosed by prior decisions of [the United States Supreme Court], or otherwise completely devoid of merit as not to involve a federal controversy." Steel Company v. Citizens for a Better Environment, 523 U.S. 83, 89 (1998)(citing Oneida Indian Nation of N.Y. v. County of Oneida, 414 U.S. 661, 666

---

[1] I am exercising jurisdiction over this case for the purpose of this order.

1

(1974)). Because I cannot make out any facts or legal claims from the complaint, I conclude that this case should be dismissed on the court's own motion for lack of subject matter jurisdiction.

ORDER

IT IS ORDERED that this case is DISMISSED with prejudice for lack of subject matter jurisdiction.

Entered this 10th day of October, 2012.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge