IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS L. HACKBART and
RUSSELL JAY GOULD,

    Plaintiffs,

v.

WORLD SAVINGS BANK,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-514-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_____     10/10/12
Peter Oppeneer, Clerk of Court              Date